PEOPLE, Respondent, v. SHATTUCK, Appellant. (Supreme Court, Appellate Division, Fourth Department. May 27, 1908.) Proceedings by the people of the state of New York against Charles E. Shattuck.

PER CURIAM. Judgment of conviction, and order, affirmed.

McLENNAN, P. J., and KRUSE, J., dissent.

PEOPLE ex rel. AMERICAN AGRICULTURAL CO., Appellant, v. POLICE COURT OF CITY OF ROCHESTER, Respondent. (Supreme Court, Appellate Division, Fourth Department. July 7, 1908.) Proceedings by the people of the state of New York, on the relation of the American Agricultural Company, against the Police Court of the city of Rochester. No opinion. Order affirmed, with costs.

PEOPLE ex rel. APOSTLESHIP OF PRAYER, Respondent, v. PURDY et al., Appellants. (Supreme Court, Appellate Division, First Department. June 26, 1908.) Proceedings by the people of the state of New York, on the relation of the Apostleship of Prayer, against Lawson Purdy and others. D. Rumsey, for appellants. J. H. Fargis, for respondent.

PER CURIAM. Order affirmed, with $10 costs and disbursements. Order filed.

McLAUGHLIN and SCOTT, JJ., dissent.

PEOPLE ex rel. AMERICAN MFG. CO. et al., Respondents, v. FEITNER et al., Appellants. (Supreme Court, Appellate Division, Second Department. June 5, 1908.) Proceedings by the people of the state of New York, on the relation of the American Manufacturing Company and others, against Thomas L. Feitner, as president, and others. No opinion. Motion granted, with costs, unless the cases are ready for argument at the next term of this court.

PEOPLE ex rel. BENJAMINS v. O'KEEFE et al. (Supreme Court, Appellate Division, First Department. June 26, 1908.) Proceedings by the people of the state of New York, on the relation of Israel Benjamins, against Arthur J. O'Keefe and others. L. M. Wilson, for relator. T. Connoly, for respondents. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

PEOPLE ex rel. BERNARD, Appellant, v. McKEE, Respondent. (Supreme Court, Appellate Division, First Department. June 26, 1908.) Proceedings by the people of the state of New York, on the relation of George Bernard, against Moses M. McKee, as special deputy commissioner, etc. F. Walling, for appellant. H. H. Kellogg, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

PEOPLE ex rel. CODY v. BINGHAM, Police Com'r. (Supreme Court, Appellate Division, First Department. July 8, 1908.) Certiorari by the people, on relation of Edward T. Cody, against Theodore A. Bingham, as police commissioner, to review the dismissal of relator. Relator reinstated. Neal D. Becker, for relator. T. Connoly, for respondent.

PER CURIAM. The charge against the relator was based upon a communication that he made to the district attorney. Upon the trial before the police commissioner, there was absolutely nothing to show that any communication had ever been made to the district attorney by the relator, and therefore there was no evidence to sustain the finding that the relator was guilty of the charge. The counsel to the corporation having stated in open court that it was impossible to sustain the proceeding before the commissioner, and our examination of the record having led to the same result, the writ will be sustained, the proceedings annulled, and the relator reinstated.

PEOPLE ex rel. CONSOLIDATED GAS CO. OF NEW YORK v. WELLS et al., Commissioners of Taxes and Assessments. (Supreme Court, Appellate Division, First Department. June 12, 1908.) Appeal from Special Term. Certiorari by the people, on the relation of the Consolidated Gas Company of New York, against James L. Wells and others, commissioners of taxes and assessments of the city of New York. From an order confirming assessments (54 Misc. Rep. 322, 105 N. Y. Supp. 1006), relator appeals. Affirmed. John A. Garver, for appellant. David Rumsey, for respondents.

PER CURIAM. Order affirmed, with $50 costs and disbursements.

INGRAHAM, J. I dissent upon the ground that the stipulation entered into between the parties establishes the fact that the property in question would not, under ordinary circumstances, sell for more than the value of the land without improvement.

PEOPLE ex rel. DEISTER, Appellant, v. WINTERMUTE, Respondent. (Supreme Court, Appellate Division, Third Department. June 18, 1908.) Proceedings by the people of the state of New York, on the relation of John H. Deister, against Thomas J. Wintermute.

PER CURIAM. Judgment and orders affirmed, with costs.

SMITH, P. J., not sitting. COCHRANE, J., not voting.

PEOPLE ex rel. DOLE, Respondent, v. TOWN BOARD OF HAMBURG, ERIE COUNTY, N. Y., Appellant. (Supreme Court, Appellate Division, Fourth Department. July 7, 1908.) Proceedings by the people of the state of New York, on the relation of Lawrence Dole, against the town board of the town of Hamburg, Erie county, N. Y. No opinion. Order affirmed, with costs. See 109 N. Y. Supp. 913.

PEOPLE ex rel. GROSSBERG v. CLEMENT. (Supreme Court, Appellate Division, First Department. June 12, 1908.) Proceedings by the people of the state of New York, on the relation of Henry Grossberg, against Maynard N. Clement, as state excise commissioner. C. L. Hoffman, for relator. H. H. Kellogg, for